Company, Ltd., and Others, Respondents.— Judgment affirmed, without costs. No opinion. Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ., concurred.

The People of the State of New York ex rel. William A. Powers, Appellant, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.— Order, in so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Solomon Rice, Respondent, v. Joseph Eisler, Appellant.— Appeal from the judgment of the Municipal Court dismissed, with costs, on the ground that no return has been filed, indorsed as required by sections 317 and 318 of the Municipal Court Act.* Hirschberg, P. J., Woodward, Hooker, Rich and Miller, JJ.; concurred.

Roys System Company, Appellant, v. Gustavus A. Rogers and Aaron S. Ratkowsky, Respondents.— The contract of October 16, 1905, was a merger of defendants' claim for improper installation prior to that time; the contract provided exclusively what should be done by plaintiff thereafter to satisfy defendants; the admission of evidence over plaintiff's objection as to the insufficiency of the work before October sixteenth was, therefore, error, and the judgment should be reversed and a new trial ordered, costs to abide the event. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Barnet Shapiro, Appellant, v. Barnet Shapiro and Others, Respondents, and Marcus Michel and Walter T. Scott, Appellants.— Appeal from the judgment of the Municipal Court dismissed, with costs, on the ground that there is no evidence that the case has been settled, and no return has been filed, indorsed as required by sections 317 and 318 of the Municipal Court Act.* Hirschberg, P. J., Woodward, Gaynor, Rich and Miller. JJ., concurred.

William H. Wood, Appellant, v. Boston and Maine Railroad, Respondent, Impleaded with Erie Railroad Company, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Rich and Miller, JJ.

Armour Packing Company, Respondent, v. Edison Electric Illuminating Company of Brooklyn, Appellant.— Motion for leave to appeal to the Court of Appeals denied. We think the questions can be better reviewed after trial. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Seward Baker, as Trustee, etc., Respondent, v. Alexander J. F. Hamilton and Others, Defendants, Impleaded with Minnie E. Gomez, Appellant.— Motion denied. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Brooklyn Union Gas Company, Respondent, v. The City of New York, Appellant.— Motion for leave to appeal to the Court of Appeals granted, and questions certified as follows: 1. In this action can the defendant question the lawfulness of the price charged for gas furnished and consumed by it on the ground that such price is in excess of the fair and reasonable value? 2. Is the actual cost to the plaintiff of the production and distribution of the gas a material fact in the controversy? Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Miller, JJ.

Achilles Carpenter, Appellant, v. Frank W. Pirner, Respondent.— Motion granted, without costs. The return will be sent to the Appellate Term of the Supreme Court of the first judicial district. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Joseph Frank, Respondent, v. George B. Ruthman, Appellant, Impleaded.— Motion denied on condition that the appellant pay the respondent ten dollars costs and perfect his appeal within twenty days; on failure to comply with these conditions the motion to dismiss the appeal is granted. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Alfred Hughes, Appellant, v. New York Evening Post Company, Respondent. — Motion for leave to appeal to the Court of Appeals granted and question certified as follows: Does the complaint herein state facts sufficient to constitute a cause of action? Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

In the Matter of the Application of the Board of Rapid Transit Commissioners for the City of New York for the Appointment of Three Commissioners, etc. (Brooklyn, Manhattan and Long Island City Route.)— Motion granted and news-

---

* Laws of 1902, chap. 580.— [Rep.